FILED
3-26-08 NF
MAR 26 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08CR 247 |
| | ) | |
| v. | ) | JUDGE SHADUR |
| | ) | |
| BRIAN BUTUSOV AND KENNETH BUTUSOV | ) | Violations: Title 18, United States Code, Section 922(g) |
| | ) | MAGISTRATE JUDGE KEYS |

**COUNT ONE**

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about March 22, 2006, at Northbrook, in the Northern District of Illinois, Eastern Division,

BRIAN BUTUSOV,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, namely, one Colt, MK IV Series' 80 Mustang Model, .380 caliber pistol, serial number MU54965, which firearm was in and affecting interstate commerce in that the firearm had traveled in interstate commerce prior to defendant's possession of said firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO**

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about April 12, 2006, at Lyons, in the Northern District of Illinois, Eastern Division,

BRIAN BUTUSOV,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, namely, one Taurus, PT 138 – Millennium model, .380 pistol, stainless steel and black finish, serial number KSF72612, which firearm was in and affecting interstate commerce in that the firearm had traveled in interstate commerce prior to defendant's possession of said firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

**COUNT THREE**

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about April 12, 2006, at Lyons, in the Northern District of Illinois, Eastern Division,

KENNETH BUTUSOV,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, namely, one Taurus, PT 138 – Millennium model, .380 pistol, stainless steel and black finish, serial number KSF72612, which firearm was in and affecting interstate commerce in that the firearm had traveled in interstate commerce prior to defendant's possession of said firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION NUMBER ONE**

The SPECIAL MARCH 2007 GRAND JURY further charges:

1. The allegations contained in Count One of this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 18, United States Code, Sections 922(g)(1) as alleged in the foregoing Indictment,

BRIAN BUTUSOV,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) are one Colt, MK IV Series' 80 Mustang Model, .380 caliber pistol, serial number MU54965;

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

**FORFEITURE ALLEGATION NUMBER TWO**

The SPECIAL MARCH 2007 GRAND JURY further charges:

1. The allegations contained in Count Two of this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 18, United States Code, Sections 922(g)(1) as alleged in the foregoing Indictment,

BRIAN BUTUSOV,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) are one Taurus, PT 138 – Millennium model, .380 pistol, stainless steel and black finish, serial number KSF72612;

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

**FORFEITURE ALLEGATION NUMBER THREE**

The SPECIAL MARCH 2007 GRAND JURY further charges:

1. The allegations contained in Count Three of this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 18, United States Code, Sections 922(g)(1) as alleged in the foregoing Indictment,

KENNETH BUTUSOV,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) are one Taurus, PT 138 – Millennium model, .380 pistol, stainless steel and black finish, serial number KSF72612;

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON

UNITED STATES ATTORNEY