Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 GJ 132 | DATE | MARCH 26, 2008 |
| CASE TITLE | US v. BRIAN BUTUSOV and KENNETH BUTUSOV | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING AND REQUEST TO SEAL
### SPECIAL MARCH 2007

The Grand Jury for the _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _Arlander Keys_

**08CR 247**

**FILED MAR 2 6 2008 NF**

**MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

Docket Entry:

TO ISSUE BENCH WARRANT; THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO BOTH DEFENDANTS. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT AS TO ALL DEFENDANTS. THIS INFORMATION TO REMAIN SEALED UNTIL DEFENDANT IS ARRESTED OR UNTIL FURTHER ORDER OF THE COURT. PLEASE DO NOT SEAL THE ARREST WARRANT.

JUDGE SHADUR
MAGISTRATE JUDGE KEYS

SIGNATURE OF JUDGE _Arlander Keys_ (ONLY IF FILED UNDER SEAL)
OR MAGISTRATE JUDGE

BW issued 3/27/08

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#