# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Shadur | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 247 - 2 | **DATE** | 3/27/2008 |
| **CASE TITLE** | USA vs. Kenneth Butusov | | |

**DOCKET ENTRY TEXT**

Arraignment held. Linda Amdur is appointed as counsel for Defendant. The defendant enters plea of Not Guilty to the Indictment. 16.1A conference to be held by 4/3/08. Pretrial motions to be filed by 4/10/08. Responses to pretrial motions are due by 4/17/08. Status hearing set before Judge Shadur on 4/24/08 at 1:15 p.m. Detention hearing held; the Defendants are ordered released. The Indictment is ordered unsealed. Time is excluded pursuant to 18:3161(h)(l). Xt1 *AL*

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | AC |
|---|---|---|