UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 247 |
| | ) | Honorable Milton I. Shadur |
| | ) | |
| KENNETH BUTUSOV, | ) | |
| Defendant. | ) | |

**DEFENDANT KENNETH BUTUSOV'S MOTION
TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

Now comes Defendant Kenneth Butusov, by his attorney, Linda Amdur, and moves this Court to modify conditions of his pretrial release to include attendance at Morton College in Cicero, Illinois. In support of this Motion, the following is offered:

1. On March 27, 2008, Defendant Kenneth Butusov was arrested and charged with possession of a firearm by a felon, in violation of 18 U.S.C. §922(g)(1).

2. On March 27, 2008, Mr. Butusov appeared before Magistrate Keys and was released by agreement of the parties on a $4500 recognizance bond with the condition of home incarceration.

3. Mr. Butusov is 29 years old and has previously been convicted more than once for possession of a firearm in state court, and has served sentences in the Illinois Department of Corrections.

4. In summer of 2004, Mr. Butusov was released from prison after serving his last sentence of incarceration. Since his 2004 release, Mr. Butusov has attempted to turn his life

around.  In summer of 2006, Mr. Butusov enrolled at Morton College in Cicero.  He plans to obtain his Associate's degree in psychology after completion of one more semester.  His hope is to find employment in gang intervention upon obtaining his degree and later to return to college and seek a bachelor's degree.

     5.  Since his March 26, 2008 arrest, Mr. Butusov has been unable to attend his classes at Morton College due to his home incarceration.

     6.  Mr. Butusov's education has been a positive influence in his life.  His education provides the opportunity for commitment to end the gang violence, which has left him in a wheel chair.  He wishes to complete his education and go further with his life plans.

     For all of the above reasons, Defendant Kenneth Butusov moves this Court to modify conditions of his pretrial release to include attendance at Morton College in Cicero, Illinois.

                                                         Respectfully submitted,

                                                         S/Linda Amdur
                                                         Linda Amdur, Attorney for
                                                         Defendant Kenneth Butusov

Linda Amdur
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999