# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **No. 08 CR 247** |
| | ) | **Honorable Milton I. Shadur** |
| | ) | |
| **KENNETH BUTUSOV,** | ) | |
| **Defendant.** | ) | |

## NOTICE OF MOTION

To:    Kenneth Yeadon
        Asst. U.S. Attorney
        219 So. Dearborn
        5th Floor
        Chicago, IL 60604

Please take Notice that on Monday, April 3, 2008, at 9:15 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable Milton Shadur in the courtroom usually occupied by him in the Federal Dirksen Courthouse at 219 So. Dearborn, Chicago, Illinois, or before such other judge who may be sitting in his stead, and then and there present Defendant Kenneth Butusov's Motion To Modify Conditions of Pretrial Release.

S/Linda Amdur
Linda Amdur, Attorney for
Defendant Kenneth Butusov
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999

## CERTIFICATE OF SERVICE

I, Linda Amdur, an attorney, certify that I served a copy of the above Notice, together with copy of Motion upon the AUSA named above by Electronic Case Filing (ECF) on April 1, 2008.

S/Linda Amdur