AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court

Northern District of Illinois
Eastern Division

United States of America

v.

Kenneth Butusov

WARRANT FOR ARREST

Case Number: 08 CR 247-2

**FILED**
4-1-08
APR - 1 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Kenneth Butusov and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(Indictment) Information  Complaint  Order of court  Violation Notice  Probation Violation Petition

charging him or her with:

in violation of Title: 18 United States Code, Section(s): 922 Unlawful transport of firearms, etc.

| Laura Springer | U.S. DEPUTY CLERK |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Laura Springer | March 27, 2008 CHICAGO, ILLINOIS |
| Signature of Issuing Officer | Date and Location |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received 3/27/08 | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| Date of Arrest 3/27/08 | Arrested by FBI | |