**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                        Case No.: 1:08−cr−00247
                                                        Honorable Milton I. Shadur

Brian Butusov, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 3, 2008:

      MINUTE entry as to Kenneth Butusov before Judge Honorable Milton I. Shadur:Motion to modify conditions of release [14] is granted as to Kenneth Butusov (2); Motion hearing held on 4/3/2008. Defendant's conditions are modified to allow defendant to attend classes at Morton College. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.