**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **No. 08 CR 247** |
| | ) | **Honorable Milton I. Shadur** |
| | ) | |
| **KENNETH BUTUSOV,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT KENNETH BUTUSOV'S  STATEMENT OF COMPLIANCE**
**WITH RULE 16.1**

Now comes Defendant Kenneth Butusov, by his attorney, Linda Amdur, pursuant to

Local Criminal Rule 16.1 and states as follows:

1.  The government made delivery of its Rule 16.1 material to defense counsel on

April 2, 2008.

2.  The delivery was from Assistant United States Attorney Kenneth Yeadon.

3.  The following items were delivered pursuant to Local Criminal Rule 16.1 and Rule 16

of the Federal Rules of Criminal Procedure:

– Indictment

– Criminal History of defendant and related reports

– Reports, transcripts and related documents

– Recording of April 12, 2006 gun purchase

The defense has requested the trace report pertaining to the firearm charged in Count

Three – one Taurus, PT 138 Millenium model, .380 pistol, serial number KSF72612.  The trace

1

report will set forth the history of this firearm since manufacture.

Based upon the above Rule 16.1 material provided, Defendant Kenneth Butusov  files the accompanying pretrial motions, and makes specific requests contained within those motions regarding notice of Rule 404(b) evidence, notice of expert regarding interstate nexus determination, and Brady and Giglio material.

Respectfully submitted,


S/Linda Amdur
Linda Amdur, Attorney for
Defendant Kenneth Butusov

Linda Amdur
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| **vs.** | )    **No. 08 CR 247** |
| | )    **Honorable Milton I. Shadur** |
| | ) |
| **KENNETH BUTUSOV,** | ) |
| **Defendant.** | ) |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic case Filing (ECF), Defendant Kenneth Butusov's  Statement of Compliance With Rule 16.1 was filed and served pursuant to the district court's ECF system as to ECF filers on April 10, 2008.

Respectfully submitted,

<u>S/Linda Amdur</u>
Linda Amdur, Attorney for
Defendant Kenneth Butusov

Linda Amdur
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999