**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **No. 08 CR 247** |
| | ) | **Honorable Milton I. Shadur** |
| | ) | |
| **KENNETH BUTUSOV,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT KENNETH BUTUSOV'S MOTION FOR NOTICE OF
<u>INTENTION TO USE EXPERT WITNESS TESTIMONY</u>**

Now comes Defendant Kenneth Butusov,  by his counsel, Linda Amdur, and prays for

entry of an order requiring the United States to give notice of its intention to introduce testimony

under Rules 702, 703, and 705 of the Federal Rules of Evidence.  In support of this motion

Defendant states the following:

1.  Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the

government must disclose, at the defendant's request, a written summary of any testimony the

government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during

its case in chief at trial.

2.  The summary must describe the witnesses' opinions, the bases and reasons therefore,

and the witnesses' qualifications.

3.  The government has provided an ATF Report of Firearms Interstate Nexus

Determination.  The report is attached to this Motion.  That report indicates that the firearm that

is the subject of this case was manufactured outside the State of Illinois after 1898.  Defendant

Kenneth Butusov seeks the bases and reasons for these opinions, along with Michael Walsh's qualifications as an expert on the manufacture of firearms.

Wherefore, Defendant Kenneth Butusov requests prompt disclosure of all evidence described above.

Respectfully submitted,

s/Linda Amdur
Linda Amdur, Attorney for
Defendant Kenneth Butusov

Linda Amdur
Attorney for Defendant
53 West Jackson Blvd.
Suite 1503
Chicago, Illinois 60604
(312) 347-9999

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| | **)** | |
| **vs.** | **)** | **No. 08 CR 247** |
| | **)** | **Honorable Milton I. Shadur** |
| | **)** | |
| **KENNETH BUTUSOV,** | **)** | |
| **Defendant.** | **)** | |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic case Filing (ECF), Defendant Kenneth Butusov's Motion For Notice of Intention To Use Expert Testimony was served pursuant to the district court's ECF system as to ECF filers on April 10, 2008.

Respectfully submitted,

S/Linda Amdur
Linda Amdur, Attorney for
Defendant Kenneth Butusov
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation: ZIGAS, Kenneth | Investigation Number: 772020-03-0058 | Report Number: 26 |
|---|---|---|

## SUMMARY OF EVENT:

Interstate Nexus Statement. On June 30, 2006, ATF Special Agent (S/A) Ronald J. Zitek requested a nexus determination of two (2) handguns.

## NARRATIVE:

1.  On June 30, 2006, S/A Zitek requested an interstate nexus determination on the following two handguns described below:

    Colt, Model Mustang, .380 caliber semi-automatic pistol, serial number MU54965.
    Taurus, Model PT138, .380 caliber semi-automatic pistol, serial number KSF72612.

2.  Relative to the place and manufacturer of firearms; from the information furnished and described to me by S/A Zitek. I have determined that the above weapons are firearms as defined in Title 18, United States Code (U.S.C.), Chapter 44, Section 921(a)(3), and were manufactured outside the State of Illinois after 1898.

| Prepared by: Michael J. Walsh | Title: Special Agent, Downers Grove II | Signature: Michael J. Walsh | Date: 07/03/2006 |
|---|---|---|---|
| Authorized by: Michael G. Casey | Title: Resident Agent in Charge, Chicago IV Field Office | Signature: Michael G. Casey | Date: 7/3/06 |
| Second level reviewer (optional): Andrew L. Traver | Title: Special Agent in Charge, Chicago Field Division | Signature: Michael G. Casey | Date: 7/3/06 |

ATF EF 3120.2 (10-2004)
For Official Use Only

U.S. v. Kenneth Butusov   08 CR 247-2 000000159