UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 247 |
| | ) | Honorable Milton I. Shadur |
| **KENNETH BUTUSOV,** | ) | |
| Defendant. | ) | |

**DEFENDANT KENNETH BUTUSOV'S MOTION
FOR EARLY RETURN OF SUBPOENAS**

Now comes Defendant Kenneth Butusov, by his attorney, Linda Amdur, pursuant to Rule 17 ( c ) of the Federal Rules of Criminal Procedure and the Sixth Amendment of the United States Constitution, and moves this Court for the entry of an order permitting the early return of trial subpoenas.

Respectfully submitted,

S/Linda Amdur
Linda Amdur, Attorney for
Defendant Kenneth Butusov

Linda Amdur
Attorney for Defendant
53 West Jackson Blvd.
Suite 1503
Chicago, Illinois 60604
(312) 347-9999

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 247 |
| | ) | Honorable Milton I. Shadur |
| **KENNETH BUTUSOV,** | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic case Filing (ECF), Defendant Kenneth Butusov's Motion For Early Return of Subpoenas was filed and served pursuant to the district court's ECF system as to ECF filers on April 10, 2008.

               Respectfully submitted,

               S/Linda Amdur
               Linda Amdur, Attorney for
               Defendant Kenneth Butusov

Linda Amdur
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999