UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|            Plaintiff,        ) | |
|                              ) | |
|                              ) | |
| vs.                          ) | No. 08 CR 247 |
|                              ) | Honorable Milton I. Shadur |
|                              ) | |
| KENNETH BUTUSOV,             ) | |
|            Defendant.        ) | |

### DEFENDANT KENNETH BUTUSOV'S EMERGENCY AGREED MOTION TO MODIFY CONDITIONS OF HIS PRETRIAL RELEASE

Now comes Defendant Kenneth Butusov, by his attorney, Linda Amdur, and moves to modify conditions of his Pretrial Release, specifically Mr. Butusov requests permission to attend the funeral and burial of his friend Jonathan Mendoza on April 19, 2008. In support of this Motion, the following is offered:

1. On March 27, 2008, Defendant Kenneth Butusov was arrested and charged with possession of a firearm by a felon on April 22, 2006, in violation of 18 U.S.C. §922(g)(1).

2. On March 27, 2008, Mr. Butusov appeared before Magistrate Keys and was released by agreement of the parties on a $4500 recognizance bond with the condition of home incarceration.

3. April 3, 2008, this Court modified the conditions of Kenneth Butusov's release and included the condition that he may attend classes at Morton College in Cicero.

4. On April 14, 2008, Jonathan Mendoza, a friend of Kenneth Butusov, was shot and killed. Kenneth Butusov is also a friend of Jonathan Mendoza's brother and family and had

1

worked with Jonathan Mendoza in an attempt to persuade him to cease all gang affiliation.

5.  Mr. Butusov deeply regrets the loss of Jonathan Mendoza.

6.  Mr. Butusov wishes to attend the funeral of Jonathan Mendoza.  The funeral is on Saturday, April 19, between 10 and 11 am at St. Gall's Catholic Church, 5511 So. Sawyer, Chicago ((773) 737-3113), and the burial is immediately thereafter at St. Mary's Cemetery at 87th and Pulaski.  Mr. Butusov agrees to leave said burial at 3:00 pm.

7.   AUSA Kenneth Yeadon agrees that Kenneth Butusov may attend the funeral and the burial thereafter.

Wherefore, Defendant Kenneth Butusov requests permission to attend the funeral and burial of his friend Jonathan Mendoza on Saturday, April 19, 2008.

Respectfully submitted,

S/Linda Amdur
Linda Amdur, Attorney for
Defendant Kenneth Butusov

Linda Amdur
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | No. 08 CR 247 |
| | ) | Honorable Milton I. Shadur |
| | ) | |
| KENNETH BUTUSOV, | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic case Filing (ECF), Defendant Kenneth Butusov's Emergency Agreed Motion To Modify Conditions Of His Pretrial Release was served pursuant to the district court's ECF system as to ECF filers on April 18, 2008.

Respectfully submitted,

S/Linda Amdur
Linda Amdur, Attorney for
Defendant Kenneth Butusov
53 West Jackson Blvd.
Suite 1503
Chicago, IL 60604
(312) 347-9999