# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 247 - 2 | **DATE** | 4/18/2008 |
| **CASE TITLE** | USA vs. Kenneth Butusov | | |

**DOCKET ENTRY TEXT**

Defendant Kenneth Butusov's agreed motion to modify conditions of pretrial release is granted. (29-1) Enter Agreed Order to Modify Conditions of Pretrial Release. Defendant Butusov may attend the funeral of Jonathan Mendoza on Saturday, April 19, 2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|