UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>KENNETH BUTUSOV,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 08 CR 247<br>) Honorable Milton I. Shadur<br>)<br>)<br>) |

### AGREED ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE

This matter coming to be heard upon Motion of Defendant Kenneth Butusov, by his attorney, Linda Amdur, and agreed to by AUSA Kenneth Yeadon, to modify conditions of Kenneth Butusov's Pretrial Release,

IT IS HEREBY ORDERED:

That Defendant Kenneth Butusov may attend the funeral of Jonathan Mendoza on Saturday, April 19, 2008, at St. Gall's Catholic Church at 5511 So. Sawyer, Chicago, and the burial thereafter at St. Mary's Cemetery at 87th St. and Pulaski in Chicago. The funeral is scheduled for 10:00 am at St. Gall's Church. The burial should conclude by 3:00 pm at St. Mary's Cemetery. The specific travel arrangements and times will be directed by Pretrial Officer Victor Alvarez.

ENTER:

_____
JUDGE

_April 18, 2008_
DATE