# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 247 | **DATE** | 7/31/2008 |
| **CASE TITLE** | USA vs. Kenneth Butusov | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held.  Defendant Kenneth Butusov enters a plea of guilty to count three of the indictment. Plea accepted, judgment of guilty entered.  Order PSI.  Sentencing is set for October 17, 2008 at 1:15 p.m.

Docketing to mail notices.

1:15

| | Courtroom Deputy Initials: | SN |
|---|---|---|